597 A.2d 83

IN THE MATTER OF HARRY A. DELVENTHAL, JR., AN ATTORNEY AT LAW.

October 18, 1991.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that HARRY A. DELVENTHAL, JR. of OCEAN CITY, who was admitted to the Bar of this State in 1973, and who was suspended from the practice of law for three months effective June 11, 1991, by Order of this Court dated May 24, 1991, 124 *N.J.* 266, 590 *A.*2d 1124, be restored to the practice of law, effective immediately.